**UNITED STATES of America,**
**Appellee,**

v.

**Francisco Reyes RIVERA, Appellant.**

**No. 05–2833.**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 19, 2006.

Decided: May 23, 2006.

---

* The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.

Lynnett M. Wagner, U.S. Attorney's Office, Lincoln, NE, for Appellee.

Francisco Reyes Rivera, Leavenworth, KS, pro se.

David R. Stickman, Federal Public Defender's Office, Omaha, NE, John C. Vanderslice, Federal Public Defender's Office, Lincoln, NE, for Appellant.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

PER CURIAM.

Francisco Reyes Rivera pleaded guilty to possessing with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1). The district court * sentenced Rivera to 120 months in prison and 5 years of supervised release. On appeal, Rivera's counsel filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), in which he requests leave to withdraw.

Rivera's plea agreement contains a valid appeal waiver. *See United States v. Andis*, 333 F.3d 886, 889–90 (8th Cir.) (en banc), *cert. denied*, 540 U.S. 997, 124 S.Ct. 501, 157 L.Ed.2d 398 (2003); *United States v. Estrada–Bahena*, 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam) (enforcing appeal waiver in *Anders* case). Having reviewed the record independently for any nonfrivolous issues not covered by the appeal waiver, and finding none, we enforce the waiver, dismiss this appeal, and grant counsel's request to withdraw.

---

* The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

1. The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota, sitting by designation.